IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN LYNN FONTINOTT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case NO. CIV-07-1406-R |
| ) | |
| WALTER DINWIDDIE, Warden, ) | |
| ) | |
| Respondent. ) | |

### ORDER

Petitioner filed this action pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. Pursuant to 28 U.S.C. § 636(b)(1)( B), the matter was referred to United States Magistrate Judge Robert E. Bacharach for preliminary review. On March 14, 2008 Judge Bacharach issued a Report and Recommendation wherein he recommended that the Attorney General be dismissed as a Respondent in this action, because he is not Petitioner's custodian. The record reflects that Petitioner has not objected to the Report and Recommendation nor sought an extension of time in which to object. Accordingly, the Attorney General is hereby DISMISSED from this action.

IT IS SO ORDERED this 10th day of April 2008.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE